UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-62669

DERRICK TURIZO,

    Plaintiff,

v.

LABOR FINDERS INTERNATIONAL, INC.

    Defendant.
_____/

### AFFIDAVIT OF JEFFREY BURNETT
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | )SS |
| COUNTY OF PALM BEACH | ) |

    BEFORE ME, the undersigned authority, duly authorized to take acknowledgments and administer oaths in the State and County aforesaid, personally appeared Jeffrey Burnett, who after being duly sworn on oath, deposes and says:

    1.    I am over the eighteen (18) years of age and I am President and Chief Executive Officer of Labor Finders International, Inc. ("LFI").

    2.    This Affidavit is based upon facts of which I have personal knowledge and from a review of the business records maintained by LFI in its ordinary course of business. LFI regularly maintains such business records in the ordinary course of business and the entries to those records were made by agents of LFI contemporaneously with the events reflected therein.

3.   As part of my duties at LFI, I am familiar with LFI's maintenance of its records.

4.   At all times relevant to this action, LFI was and continues to be a for profit corporation that has been at all times pertinent hereto, been organized and existing under the laws of the State of Florida and registered to do business in the State of Florida.

5.   At no time did LFI send any text messages to Plaintiff, Derrick Turizo using an automatic telephone dialing system ("ATDS") or otherwise.

FURTHER AFFIANT SAYETH NOT.

_____
JEFFREY BURNETT

STATE OF FLORIDA        )
                        )SS
COUNTY OF PALM BEACH    )

The foregoing Affidavit was acknowledged before me this 20 day of November, 2019, and executed on said day by Jeffrey Burnett, President and Chief Executive Officer for Labor Finders International, Inc, ✓ who is personally known to me or __ who produced _____ as identification.

(Seal)

STACEY W GREENE
Commission # GG 218751
Expires July 30, 2022
Bonded Thru Budget Notary Services

_____
Notary Public
Print/Type/Stamp Name: Stacey W Greene
My Commission Expires: July 30, 2022

2

Active\105419137.v1-11/22/19