UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-62669

DERRICK TURIZO,

    Plaintiff,

v.

LABOR FINDERS INTERNATIONAL, INC.

    Defendant.
_____/

### AFFIDAVIT OF DIANE TAMES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | )SS |
| COUNTY OF PALM BEACH | ) |

BEFORE ME, the undersigned authority, duly authorized to take acknowledgments and administer oaths in the State and County aforesaid, personally appeared Diane Tames, who after being duly sworn on oath, deposes and says:

1. I am over the eighteen (18) years of age and I am Vice President of Labor Finders of Florida, LLC ("Labor Finders").

2. This Affidavit is based upon facts of which I have personal knowledge and from a review of the business records maintained by Labor Finders in its ordinary course of business. Labor Finders regularly maintains such business records in the ordinary course of business and the entries to those records were made by agents of Labor Finders contemporaneously with the events reflected therein.

3. As part of my duties at Labor Finders, I am familiar with Labor Finders' maintenance of its records in the ordinary course of business regarding the employment relationship between Labor Finders, as employer on the one hand, and Derrick Turizo as employee, on the other hand.

4. At all times relevant to this action, Labor Finders was and continues to be a limited liability company that has been at all times pertinent hereto, been organized and existing under the laws of the State of Florida and registered to do business in the State of Florida with its principal address at 601 Heritage Dr., Ste 106 Jupiter, FL 33458.

5. Labor Finders was Derrick Turizo's employer. A true and correct copy of the Form W-4 Employee's Withholding Allowance Certificate[1] is attached hereto as **Exhibit 1**.

6. On or about July 23, 2019 at 9:12 a.m., Derrick Turizo signed an employment application with Labor Finders. A true and correct copy of the Employment Application including Applicant Questionnaire is attached hereto as **Exhibit 2** ("Employment Application").

7. Mr. Turizo provided his cell phone to Labor Finders and the name of his cell carrier along with answering "Yes" to the question, "Can we contact you via text message?" on the Employment Application, Applicant Questionnaire. *See* **Exhibit 2**, p. 1.

8. Labor Finders sent Mr. Turizo text messages regarding job opportunities, with his express written consent. *See* **Exhibit 2**, p. 1. By example, a copy of the Employee Interaction Details for Mr. Turizo shows that the Labor Finders' employee, Vergilia Colina sent Mr. Turizo the text message he received on August 29, 2019. A true and correct copy of the Employee Interaction Details documents are attached hereto as **Composite Exhibit 3**.

---

[1] Redacted to remove personal, confidential financial information.

9.  Labor Finders did not receive the alleged withdrawal of consent to text him which he sent to "franksarhan@laborfinders.com". *See* Complaint, ¶ 9. The reference e-mail address is not a valid e-mail address at Labor Finders. However, had he wished to stop receiving texts from Labor Finders, he could have sent an e-mail to the e-mail address on the text "jupiter@laborfinders.com".

FURTHER AFFIANT SAYETH NOT.

_____
DIANE TAMES

STATE OF FLORIDA          )
                          )SS
COUNTY OF PALM BEACH      )

The foregoing Affidavit was acknowledged before me this 22 day of November, 2019, and executed on said day by Diane Tames, Vice President for Labor Finders of Florida, LLC, X who is personally known to me or __ who produced _____ as identification.

(Seal)

_____
Notary Public
Print/Type/Stamp Name: Alexia Sacka
My Commission Expires: Sept 24, 2023



ALEXIA SACKA
Notary Public - State of Florida
Commission # GG 916324
My Comm. Expires Sep 24, 2023
Bonded through National Notary Assn.

Active\105419454.v1-11/22/19