Federal W4

[Click here for Instructions]

# Form W-4 (2019)

**Personal Allowances Worksheet**

| | | |
|---|---|---|
| A | Enter "1" for yourself | A |
| B | Enter "1" if you will file as married filing jointly | B |
| C | Enter "1" if you will file as head of household | C |
| D | Enter "1" if: {• You're single, or married filing separately, and have only one job; or • You're married filing jointly, have only one job, and your spouse doesn't work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less | D |
| E | **Child tax credit.** See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $71,201 ($103,351 if married filing jointly), enter "4" for each eligible child.<br>• If your total income will be from $71,201 to $179,050 ($103,351 to $345,850 if married filing jointly), enter "2" for each eligible child.<br>• If your total income will be from $179,051 to $200,000 ($345,851 to $400,000 if married filing jointly), enter "1" for each eligible child.<br>• If your income will be higher than $200,000 ($400,000 if married filing jointly), enter "-0-" | E |
| F | **Credit for other dependents.** See Pub. 972, Child Tax Credit, for more information.<br>• If your total income will be less than $71,201 ($103,351 if married filing jointly), enter "1" for each eligible dependent.<br>• If your total income will be from $71,201 to $179,050 ($103,351 to $345,850 if married filing jointly), enter "1" for every two dependents (for example, "-0-" for one dependent, "1" if you have two or three dependents, and "2" if you have four dependents.)<br>• If your total income will be higher than $179,050 ($345,850 if married filing jointly), enter "-0-" | F |
| G | **Other Credits.** If you have other credits, see Worksheet 1-6 of Pub. 505 and enter the amount from that worksheet here. If you use Worksheet 1-6, enter "-0-" on lines E and F | G |
| H | Add lines A through G and enter total here.<br>**For accuracy, complete all worksheets that apply.**<br>• If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, or if you have a large amount of nonwage income not subject to withholding and want to increase your withholding, see the **Deductions, Adjustments, and Additional Income Worksheet** below.<br>• If you **have more than one job at a time** or are **married filing jointly and you and your spouse both work,** and the combined earnings from all jobs exceed $53,000 ($24,450 if married filing jointly), see the **Two-Earners/Multiple Jobs Worksheet** below to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. | H |

---

**Employee's Withholding Allowance Certificate**

| Form **W-4**<br>Department of the Treasury<br>Internal Revenue Service | **Employee's Withholding Allowance Certificate**<br>▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | OMB No. 1545-0074<br>**2019** |
|---|---|---|

| 1 Your first name and middle initial.<br>Derrick J | Last Name<br>Turizo | 2 Your Social Security Number<br>███-██-7535 |
|---|---|---|
| Home Address (number and street or rural route)<br>16189 64th pl N | 3 ⦿ Single ○ Married ○ Married, but withhold at higher Single rate.<br>Note: if married filing separately, check "Married, but withhold at higher Single rate." | |
| City or town, state, and ZIP code<br>loxahatchee, FL 33412 | 4 If your last name differs from that shown on your social security card, check here. ☐<br>You must call 1-800-772-1213 for a replacement card. | |

| 5 | Total number of allowances you're claiming (from line H above or from the applicable worksheet below) ☐ Click here | 5 |
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 $ |
| 7 | I claim exemption from withholding for 2019, and I certify that I meet **both** of the following conditions for exemption.<br>• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**<br>• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. If you meet both conditions, Click here ☐ to exempt. | 7 |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

(This form is not valid unless you sign it.)
**Employee's Signature:** *Derrick Johan Turizo*   **Date:** Jul 23rd 2019 09:42 AM

| 8 Employer's name and address (**Employer:** Complete lines 8 and 10 if sending to the IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.)<br>Labor Finders of Florida, LLC   601 Heritage Drive<br>Jupiter, FL 33458 | 9 First date of employment | 10 Employer identification number (EIN)<br>██-███1429 |
|---|---|---|

Cat. No. 10220Q

Form W-4 (2019)

Exhibit 1

---

**Deductions, Adjustments and Additional Income Worksheet**

**Note:** Use this worksheet *only* if you plan to itemize deductions, claim certain adjustments to income, or have a large amount of nonwage income not subject to withholding.

| 1 | Enter an estimate of your 2019 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expense in excess of 10% of your income. See Pub. 505 for details. | 1 $ |
| 2 | Enter: $24,400 if you're married filing jointly or qualifying widow(er)<br>$18,350 if you're head of household<br>$12,200 if you're single or married filing separately | 2 $ |
| 3 | **Subtract** line 2 from line 1. If zero or less, enter "-0-" | 3 $ |
| 4 | Enter an estimate of your 2019 adjustments to income qualified business income deduction, and any additional standard deduction for age or blindness (see Pub. 505 for information about these items) | 4 $ |