**New Application**

Employment Application - EEOE

## EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Labor Finders is an equal opportunity employer and makes employment decisions on the basis of merit. Our policy prohibits discrimination and harassment based on race, color, creed, religion, gender, sex, (including pregnancy, lactation, childbirth or related medical conditions), marital status, age, national origin or ancestry, physical or mental disability, genetic (including testing and characteristics), characteristics, sexual orientation, gender identity, veteran status, uniformed servicemember status or any other consideration made unlawful by applicable federal, state, or local law. We are committed to compliance with all applicable laws providing equal employment opportunities. This commitment applies to all persons involved in our operations and prohibits discrimination or harassment by any employee, including supervisors and coworkers. To comply with applicable laws ensuring equal employment opportunities to qualified individuals with a disability, we will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an employee unless undue hardship and/or a direct threat to the health and/or safety of the individual or others would result. If you need assistance or an accommodation to complete the application, please let us know.

Applicant Questionnaire - General Info.

| Application Date | 7/23/2019 | Email | derrick69turizo@gmail.com | | |
|---|---|---|---|---|---|
| First Name | Derrick | Middle Name | Johan | Last Name | Turizo |
| Have you ever used any other name(s) which is (are) necessary for us to know in order for us to verify your employment or educational record? | | | ○ Yes ● No | If yes, please provide name | |
| Address | 16189 64th pl N | | | | |
| City | loxahatchee | State | Florida | Postal Code | 33412 |
| Cell Phone | 4015852882 | | | Home Phone | |

Texting Info.

Can we contact you via text message?  ● Yes ○ No     Cell Carrier    T-Mobile

Emergency Contacts

| First Name | Last Name | Relationship | Home Phone | Cell Phone | Work Phone |
|---|---|---|---|---|---|
| estevan | turizo | brother | 8632446237 | | |
| omar | turizo | father | 5617215300 | | |
| zaida | solis | mother | 5613242164 | | |

Exhibit 2

(●) PRE-OFFER  (●) CONDITIONAL OFFER  (●) POST OFFER

**Applicant Questionnaire - Availability Info**

| | |
|---|---|
| First Date Available for Work | 7/24/2019 |
| Days Available to Work | ☑ Any Day  ☑ Mon  ☑ Tue  ☑ Wed  ☑ Thu  ☑ Fri  ☑ Sat  ☑ Sun |
| Shift Availability | ☑ Any Shift  ☑ Day Shift  ☑ Night Shift  ☑ Over Night Shift |
| Do you have a reliable form of transportation? | ⦿ Yes  ○ No |
| Max. distance you are willing to travel | 50 Miles |

**Applicant Questionnaire - Additional Info.**

What is the minimum hourly wage you are willing to work for? $6

How did you hear about our company?          Walkin

Ver : 20190401_2.0

Employment Application - Applicant Survey

## EMPLOYMENT APPLICATION – APPLICANT SURVEY

By clicking on the button below you will be transferred to a third-party vendor site to complete an applicant survey. Please follow the instructions and complete the survey.

Please be advised that the survey site will open in a new window. If your browser setting has pop-ups disabled, the survey site may fail to load. Should this occur, please enable pop-ups and reload this page.

Employment Application - Education Info. Please also include vocation, trade and/or technical training

| Education Level | Degree / Major | Graduated | |
|---|---|---|---|
| | | ○ Yes ● No | |

Employment Application - Certification Info.

### Tell us your Certifications - Select a Category

| Administrative Clerical | Education | Hospitality | Industrial Safety | Machine Equipment Operations | Mechanical |
|---|---|---|---|---|---|
| | | 2 Selected | 1 Selected | 1 Selected | |
| Medical | Military Access | Transportation | | | |

**Employment Application - Employment History**

Please specify your complete full-time and part-time employment history, including self-employment. You may include any verified work performed on a volunteer basis. Begin with your most recent employer.

| Field | Value | Field | Value |
|---|---|---|---|
| From | Jan  To Jan | | |
| Company Name | shannon motors | Company Phone | (941) 962-7893 |
| Supervisor | kevin | Supervisor Phone | (000) 000-0000 |
| Position | car sales | | |
| Reason for Leaving (If still employed, state "still employed") | moved | | |
| May we contact this employer for references? | ● Yes ○ No | | |
| Is this a staffing company? | ○ Yes ● No | | |

I hereby authorize my current and former employer(s) to release the above requested information. I have read this release and understand its contents. I acknowledge by my signature that my former employer(s) is/are released from any and all claims, demands or liabilities arising out of or in any way related to the disclosure of the information above.

**Applicant Signature:** *Derrick Johan Turizo*   **Date:** Jul 23rd 2019 09:12 AM