

COMPOSITE EXHIBIT 3



**Employee Interaction Details**

Interaction Info
- Location: Jupiter
- * System Generated Interaction
- Type: Emp - Notification
- Result:
- Subject: Sent batch text message in Windows App by Virgilia Colina
- Date: 08/29/2019   Time: 06:04 AM   Show In Calendar ☐
- Responsible: Virgilia Colina

Contact Info
- Employee ID: 75-3-5050
- SSN: XXX-XX-7535
- Employee Name: Derrick Turizo
- Phone:   Cell: (401) 585-2882   Email: derrick69turizo@gmail.com

Additional Info
- Comments: Good Morning Team Please come to Jupiter Office, busy morning we have job for you.

34 of 54